```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
 2  GABRIELA BISCHOF, SBN 272973
    717 Washington Street, Second Floor
 3  Oakland, CA 94607
    Telephone: (510) 451-4600
 4  Fax: (510) 451-3002

 5  Attorneys for Defendant
    CRISTIAN MORA
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )   No. CR 12-0061-EMC-5
                                  )
13        Plaintiff,              )   STIPULATION AND
                                  )   [PROPOSED] ORDER FOR
14  v.                            )   RELEASE ON PREVIOUS TERMS
                                  )   AND CONDITIONS
15  CRISTIAN MORA et al,          )
                                  )
16        Defendant.              )
    _____)
17
```

18    Defendant Cristian Mora surrendered himself at the time
19 of his plea pursuant to an agreement with the United States
20 Attorney's Office that he do so. Since that time, his father, Jose
21 Mora, who has been ill since 2007, has returned from seeking
22 medical treatment in Mexico to see his son before Cristian begins
23 an anticipated five year term. Mr. Jose Mora is very unwell and
24 unable to visit his son in Glenn Dyer Jail, much less a federal
25 prison.
26    Moreover, Cristian Mora has cooperated with the
27 preparation of the Presentence Report. After review of the Draft
28 Presentence Report and Bureau of Prisons Security Designation
Program Statement (P5100.08), it has been determined that if

1  Cristian Mora were allowed to self-surrender he would, in all
2  likelihood, be assigned to a Low Security Level instead of a Medium
3  Security Level, which, among other benefits, would allow him many
4  more work training and educational opportunities immediately.
5       Therefore, good cause appearing, it is hereby stipulated
6  and agreed, by and between defendant Cristian Mora and the United
7  States, by and through counsel, that Mr. Mora shall be released at
8  the time of sentencing, which is scheduled to occur on July 18,
9  2012, on the same terms and conditions of his pretrial release. He
10 shall be allowed to self-surrender on a date determined by the
11 Court in the Judgment and Commitment, either to the United States
12 Marshals Service directly, or to whatever facility he is designated
13 to. *Defendant to surrender Aug. 29, 2012 by 12 noon.*
14 *Terms of pretrial release need to be in place.* /EC/

15     SO STIPULATED.

16
   July 11, 2012                    /s/
17 Date                              PAUL DELANO WOLF
                                     Attorney for Defendant
18                                   CRISTIAN MORA

19     SO STIPULATED.
20
   July 11, 2012                    /s/
21 Date                              KEVIN BARRY
                                     Assistant United States Attorney
22

23

24     SO ORDERED.
25
   7/18/12
26 Date                              _____
                                     HONORABLE EDWARD M. CHEN
27                                   United States District Judge

28

-2-